| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Albritton, William H. | 2. Court or Organization District Court-MD Alabama | 3. Date of Report 05/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge-Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ✔ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

P.O. Box 629
Montgomery, AL 36101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Merrill Lynch-IRA-Distributions | $10,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Merrill Lynch - IRA Distributions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Alabama Law School | November 16-17, 2011 | Tuscaloosa, AL | Lecture Services | Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TV CABLE CO OF ANDALUSIA-COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. BLACKROCK GLOBAL ALLOCATION FD INC C | A | Dividend | K | T | | | | | |
| 3. SERVISFIRST BANK - SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 4. TRUST #1 | E | Dividend | N | T | | | | | |
| 5. -ML BANK DEPOSIT PROGRAM (see explanatory note part VIII) | | | | | | | | | |
| 6. -ALTRIA GROUP INC | | | | | Sold (part) | 08/22/11 | J | A | |
| 7. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 8. | | | | | Sold (part) | 12/22/11 | J | A | |
| 9. | | | | | Sold (part) | 06/13/11 | K | A | |
| 10. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 11. -ASTRAZENECA PLC SPND ADR | | | | | Sold (part) | 08/04/11 | K | A | |
| 12. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 13. -AT & T INC | | | | | Sold (part) | 07/01/11 | J | A | |
| 14. | | | | | Buy | 01/12/11 | J | | |
| 15. | | | | | Sold (part) | 01/06/11 | J | A | |
| 16. | | | | | Buy (add'l) | 07/08/11 | J | | |
| 17. -CANADIAN IMPERIAL BANK OF COMM | | | | | Buy | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 19.   -CENTURLYLINK INC SHS (FORMERLY KNOWN AS CENTURYTEL ) | | | | | Sold (part) | 04/28/11 | J | A | |
| 20. | | | | | Buy | 08/22/11 | J | | |
| 21.   -DUKE ENERGY CORP NEW | | | | | Buy | 08/22/11 | J | | |
| 22.   -ELI LILLY & CO | | | | | Buy | 04/07/11 | J | | |
| 23. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 24. | | | | | Sold (part) | 08/22/11 | J | A | |
| 25.   -ENBRIDGE ENERGY PARTNERS L.P. | | | | | Sold (part) | 01/24/11 | K | A | |
| 26. | | | | | Buy (add'l) | 01/25/11 | K | | |
| 27. | | | | | Sold (part) | 08/22/11 | J | A | |
| 28. | | | | | Sold (part) | 12/29/11 | J | A | |
| 29.   -GLAXOSMITHKLINE PLC ADR | | | | | Sold (part) | 08/03/11 | K | C | |
| 30. | | | | | Buy | 08/22/11 | J | | |
| 31.   -HEALTH CARE REIT INC COM REIT | | | | | Sold (part) | 08/22/11 | J | A | |
| 32. | | | | | Buy | 11/29/11 | J | | |
| 33.   -KIMBERLY CLARK | | | | | Sold (part) | 08/22/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -KINDERMORGAN ENERGY PARTNERS LP | | | | | Sold (part) | 04/27/11 | J | B | |
| 35. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 36. -NATIONAL GRID PLC SP ADR | | | | | Buy | 10/31/11 | J | | |
| 37. -PLAINS ALL AMERN PIPL LP | | | | | Buy | 08/22/11 | J | | |
| 38. -PPL CORPORATION | | | | | Buy | 08/22/11 | K | | |
| 39. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 40. -REYNOLDS AMERICAN INC | | | | | Sold (part) | 08/22/11 | J | A | |
| 41. | | | | | Buy | 07/08/11 | J | | |
| 42. | | | | | Sold (part) | 05/23/11 | J | A | |
| 43. -SENIOR HSG PPTYS TRSBI | | | | | Buy | 10/31/11 | J | | |
| 44. -SOUTHERN COMPANY | | | | | | | | | |
| 45. -VERIZON COMMUNICATNS COM | | | | | Sold (part) | 04/06/11 | J | A | |
| 46. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 47. -WALGREEN | | | | | Buy | 12/19/11 | J | | |
| 48. -ISHARES BARCLAY 7-10 YR TREAS INDEX FUND | | | | | Buy | 08/04/11 | K | | |
| 49. | | | | | Sold (part) | 08/22/11 | J | A | |
| 50. -ISHARES IBOXX $ INVT GRADE CORP BOND FUND | | | | | Buy | 08/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -ISHARES IBOXX$ HIGH YIEL CORP BOND FUND | | | | | Buy | 08/31/11 | K | | |
| 52. -PERMANENT PORTFOLIO FUND | | | | | | | | | |
| 53. -VANGUARD SHORT TERM BOND | | | | | Buy | 08/22/11 | K | | |
| 54. -AMEREN CORP | | | | | Sold | 08/04/11 | J | A | |
| 55. -ANNALY CAP MGMT INC | | | | | Sold | 10/27/11 | J | A | |
| 56. | | | | | Sold | 10/27/11 | J | A | |
| 57. -BP PLC SPON ADR (See explanatory note in part VIII) | | | | | | | | | |
| 58. -MCDONALDS CORP | | | | | Buy | 01/28/11 | K | | |
| 59. -MCDONALDS CORP | | | | | Sold | 05/27/11 | K | B | |
| 60. | | | | | Buy | 01/26/11 | K | | |
| 61. -TELEFONICA SA SPAIN ADR | | | | | Sold | 12/16/11 | J | A | |
| 62. | | | | | Sold | 12/16/11 | J | A | |
| 63. | | | | | Sold | 08/22/11 | J | A | |
| 64. | | | | | Buy (add'l) | 11/29/11 | J | | |
| 65. -BCE INC | | | | | Sold | 01/24/11 | J | B | |
| 66. -CELLCOM ISRAEL LTD | | | | | Sold | 08/22/11 | J | A | |
| 67. -VANGUARD INTERMEDIATE TERM BOND ETF | | | | | Sold | 08/31/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 69. -HATTERAS FINL CORP | | | | | Sold | 08/22/11 | K | A | |
| 70. | | | | | Sold | 10/28/11 | J | A | |
| 71. -VODAFONE GROP PLC SP ADR | | | | | Sold | 01/24/11 | J | A | |
| 72. | | | | | Sold | 01/24/11 | J | A | |
| 73. -ALASKA CMNCATNS SYS GRP | | | | | Sold | 08/22/11 | J | A | |
| 74. -CHIMERA INVESTMENT CORP | | | | | Sold | 08/02/11 | J | A | |
| 75. -FIRSTENERGY CORP | | | | | Sold | 08/02/11 | J | A | |
| 76. -PFIZER INC | | | | | Sold | 06/20/11 | K | E | |
| 77. -SOUTHERN COMPANY | | | | | Sold | 08/22/11 | J | A | |
| 78. | | | | | Buy | 01/28/11 | J | | |
| 79. -ENERGY TRANSFER PTNRS LP | | | | | Sold | 08/04/11 | J | A | |
| 80. | | | | | | | | | |
| 81. TRUST #2 | D | Dividend | N | T | | | | | |
| 82. -DECATUR ALA WTS | | | | | | | | | |
| 83. -LOWNDES CNTY ALA WTS | | | | | Buy | 06/23/11 | K | | |
| 84. -MOBILE ALA PUB EDL BLDG | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -MORGAN CNTY ALA BRD ED | | | | | | | | | |
| 86. -OPELIKa ALA PUB PK & REC | | | | | Buy | 01/24/11 | K | | |
| 87. -HUNTSVILLE ALA CAP IMPT | | | | | Redeemed (part) | 01/20/11 | K | A | |
| 88. -HUNTSVILLE MADISON CNTY AL ARPT AUTH-BONDS | | | | | Redeemed | 01/20/11 | K | A | |
| 89. -ALABAMA DRINKING WTR FIN | | | | | | | | | |
| 90. -DAPHNE ALA WTS & IMPT | | | | | | | | | |
| 91. -ALABAMA ST BRD ED REV | | | | | | | | | |
| 92. -EXXON MOBIL CORP COM | | | | | | | | | |
| 93. -GENERAL ELECTRIC | | | | | | | | | |
| 94. -INTL BUSINESS MACHINES CORP IBM | | | | | Donated (part) | | | | |
| 95. -BIF TAX-EXEMPT FUND | | | | | | | | | |
| 96. -ISA BANK OF AMERICA (see explanatory note in part VIII) | | | | | | | | | |
| 97. -ALABAMA ST PUB SCH & COLLEGE AUTH A OID PRF 11 | | | | | Redeemed | 06/17/11 | J | A | |
| 98. | | | | | | | | | |
| 99. IRA ML Account # | A | Dividend | J | T | | | | | |
| 100. -Cash/Money Accounts | | | | | | | | | |
| 101. -Templeton Growth FD CL C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -Vanguard Intermediate Term Bond ETF | | | | | | | | | |
| 103. IRA ML Account # | D | Dividend | M | T | | | | | |
| 104. -CASH/MONEY ACCOUNTS | | | | | | | | | |
| 105. -ALTRIA GROUP INC | | | | | Sold (part) | 08/22/11 | J | A | |
| 106. | | | | | Sold (part) | 12/22/11 | J | A | |
| 107. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 108. -ASTRAZENECA PLC SPND ADR | | | | | Buy | 08/22/11 | J | | |
| 109. -AT&T INC | | | | | Sold (part) | 04/08/11 | J | A | |
| 110. | | | | | Sold (part) | 08/22/11 | J | A | |
| 111. -CANADIAN IMPERIAL BANK OF COMM | | | | | Buy | 08/22/11 | J | | |
| 112. -CENTURYLINK INC SHS (FORMERLY KNOWN AS CENTURYTEL) | | | | | Sold (part) | 04/28/11 | J | A | |
| 113. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 114. -DUKE ENERGY CORP NEW | | | | | Buy | 08/22/11 | J | | |
| 115. -ELI LILLY & CO | | | | | Buy | 04/08/11 | J | | |
| 116. | | | | | Sold (part) | 08/22/11 | J | A | |
| 117. -ENBRIDGE ENERGY PARTNERS LP | | | | | Buy | 04/08/11 | J | | |
| 118. | | | | | Sold | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -ENERGY TRANSFER PTNRS L | | | | | Buy | 04/08/11 | J | | |
| 120. | | | | | Sold (part) | 08/04/11 | J | A | |
| 121. -GLAXOSMITHKLINE PLC ADR | | | | | Sold (part) | 08/22/11 | J | A | |
| 122. -HEALTH CARE REIT INC COM REIT | | | | | Buy | 08/22/11 | J | | |
| 123. | | | | | Buy (add'l) | 11/29/11 | J | | |
| 124. -KIMBERLY CLARK | | | | | Buy | 04/08/11 | J | | |
| 125. | | | | | Sold (part) | 08/22/11 | J | A | |
| 126. -KINDER MORGAN ENERGY PARTNERS LP | | | | | Sold (part) | 04/08/11 | K | A | |
| 127. | | | | | Buy | 08/22/11 | J | | |
| 128. -NATIONAL GRID PLC SP ADR | | | | | Buy | 10/31/11 | J | | |
| 129. -PLAINS ALL AMERN PIPL LP | | | | | Buy | 08/22/11 | J | | |
| 130. -PPL CORPORATINO | | | | | Buy | 08/22/11 | J | | |
| 131. -REYNOLDS AMERICAN INC | | | | | Buy | 04/08/11 | J | | |
| 132. | | | | | Sold (part) | 08/04/11 | J | | |
| 133. -SENIOR HSG PPTYS TRSBI | | | | | Buy | 10/31/11 | J | | |
| 134. -SOUTHERN COMPANY | | | | | Buy | 04/08/11 | J | | |
| 135. | | | | | Sold (part) | 08/22/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -VERIZON COMMUNICATNS COM | | | | | Buy | 08/22/11 | J | | |
| 137. -WALGREEN CO | | | | | Buy | 12/19/11 | J | | |
| 138. -ISHARES BARCLAY 7-10 YR TREAS INDEX FUND | | | | | Buy | 08/22/11 | J | | |
| 139. -ISHARES IBOXX $ INVT GRADE CORP BD FUND | | | | | Buy | 08/22/11 | J | | |
| 140. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 141. -PERMANENT PORTFOLIO FUND | | | | | Buy | 08/04/11 | J | | |
| 142. | | | | | Sold | 08/22/11 | J | A | |
| 143. -VANGUARD SHORT TERM BOND | | | | | Buy | 08/04/11 | J | | |
| 144. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 145. -PINNACLE WEST CAP CORP | | | | | Sold | 04/08/11 | J | | |
| 146. -HATTERAS FINL CORP | | | | | Buy | 04/08/11 | J | | |
| 147. | | | | | Sold (part) | 08/22/11 | J | A | |
| 148. | | | | | Sold | 08/22/11 | J | A | |
| 149. -VANGUARD INTERMEDIATE | | | | | Sold (part) | 04/08/11 | K | A | |
| 150. | | | | | Buy | 08/04/11 | J | | |
| 151. | | | | | Sold | 08/04/11 | J | A | |
| 152. | | | | | Buy (add'l) | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold | 08/22/11 | J | A | |
| 154. -ANNALY CAP MGMT INC | | | | | Buy | 04/08/11 | J | | |
| 155. | | | | | Sold | 06/28/11 | J | A | |
| 156. | | | | | Buy | 07/08/11 | J | | |
| 157. | | | | | Sold (part) | 08/22/11 | J | A | |
| 158. | | | | | Sold | 08/22/11 | J | A | |
| 159. -TELEFONICA SA SPAIN AD | | | | | Buy | 08/22/11 | J | | |
| 160. | | | | | Sold | 12/16/11 | J | A | |
| 161. -PINNACLE WEST CAP CORP | | | | | Sold | 08/22/11 | J | A | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | | | | | |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, LINE 56:

BP PLC SPON ADR - A SALE OF "BP PLC SPON ADR" WAS LISTED ON THE 2010 REPORT AS "PART". THIS STOCK WAS IN FACT ALL SOLD IN 2010. THEREFORE, THERE IS NO "BP PLC SPON ADR" STOCK REMAINING IN 2011.

Part VII, LINE 5 and 96:

ML BANK DEPOSIT PROGRAM AND ISA BANK OF AMERICA CASH FUNDS WERE BOTH FORMERLY INCLUDED IN MERRILL LYNCH - CASH MONEY ACCOUNTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544